UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 20-MJ-58 |
| CHRISTOPHER PARRIS, : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

| | |
|---|---|
| ETHAN P. DAVIS | MICHAEL R. SHERWIN |
| Acting Assistant Attorney General | Acting United States Attorney |
| | |
| By: */s/ Patrick Runkle* | By: */s/ Peter Lallas* |
| Patrick Runkle | Peter Lallas |
| Trial Attorney | N.Y. Bar #4290623 |
| U.S. Department of Justice | Assistant U.S. Attorney |
| Consumer Protection Branch | Fraud and Public Corruption Section |
| Civil Division | 555 Fourth Street, NW |
| 601 E Street, NW | Washington, D.C. 20530 |
| Washington, D.C. 20579 | Telephone: (202) 252-6879 |
| Telephone: (202) 532-4723 | |